Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
SOUTHERN District of FLORIDA __

Ft. Lauderdale Division

| | | |
|---|---|---|
| Richard C. Olivadoti | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | Jury Trial: *(check one)* ✓ Yes ☐ No |
| -v- | ) | |
| Dental Associates of Boca Raton<br>Glidewell Labratories<br>Dr.Michael Costabile DMD | ) | FILED BY _____ D.C.<br><br>MAR 14 2024<br><br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - FT. LAUD. |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Richard C. Olivadoti |
   | Street Address | 1800 North Andrews Avenue  Apt 3G |
   | City and County | Ft. Lauderdale |
   | State and Zip Code | Florida 33311 |
   | Telephone Number | 303.849.5979 |
   | E-mail Address | roatia@aol.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: Dental Associates of Boca Raton, Wilton Manors
    Job or Title *(if known)*: Dentistry
    Street Address: 2400 Wilton Drive
    City and County: Wilton Manors
    State and Zip Code: Florida 33305
    Telephone Number: 954.440.7795
    E-mail Address *(if known)*:

Defendant No. 2
    Name: Glidewell Labratories
    Job or Title *(if known)*: Dental Product Manufacturer
    Street Address: 4141 MacArthur Blvd.
    City and County: Newport Beach
    State and Zip Code: California 92660
    Telephone Number: 800. 854.7256
    E-mail Address *(if known)*:

Defendant No. 3
    Name: Dr. Michael Costabile DMD
    Job or Title *(if known)*: Dentist
    Street Address: 7301A West Palmetto Parkway
    City and County: Boca raton
    State and Zip Code: Florida 33433
    Telephone Number: 561.347.8266
    E-mail Address *(if known)*:

~~Defendant No. 4~~
    ~~Name~~
    ~~Job or Title *(if known)*~~
    ~~Street Address~~
    ~~City and County~~
    ~~State and Zip Code~~
    ~~Telephone Number~~
    ~~E-mail Address *(if known)*~~

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Malpractice, Diversity Jurisdiction,

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Richard C. Olivadoti , is a citizen of the State of *(name)* Florida .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Glidewell Labratories , is incorporated under the laws of the State of *(name)* California , and has its principal place of business in the State of *(name)* California .

Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

ATTACHMENT A

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ATTACHMENT B

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

ATTACHMENT C

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/14/2024

Signature of Plaintiff *[signature]*

Printed Name of Plaintiff  Richard C. Olivadoti

### B. For Attorneys

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | NA |
| Printed Name of Attorney | NA |
| Bar Number | NA |
| Name of Law Firm | NA |
| Street Address | 1800 North Andrews Avenue Apt. 3G |
| State and Zip Code | Florida 33311 |
| Telephone Number | 305.849.5979 |
| E-mail Address | roatia@aol.com |

# ATTACHMENT A

The plaintiff claims that Dental Associates of Boca Raton, Dr Michael Costabile and Glidewell Laboratories

Failed to complete a common "All on four" full arch upper and lower implant bridge/denture. The procedure was paid for in full.

Claim part 1 $ 39,000

Dental Associates of Boca Raton terminated the Dr./Patient relationship when they still failed to complete above referenced procedure in 2 years.

The plaintiff was left to find another dentist to complete Dr Michael Costabile, Dental Associates of Boca Raton and Glidewells work

Claim part 2 $45.000

Punitive and Compensatory damages. For 70 years the plaintiff could eat and speak properly, but the teeth were not attractive.

Over the past 2 years Dr Michael Costiabile, The Dental Associates of Boca Raton, and Glidewell Laboratories, Left the plaintiff with a prosthesis constantly moving impairing the ability to bite, and chew a great deal of sold food, the in ability to speak properly, cause injury to the inner mouth, biting his cheeks with the moveable prosthetic. The prosthetic is sub standard in look and function,

Claim: $2,000,000

Total relief requested $2,084,000. All of which will be proven in detail at trial

## ATTACHMENT B: Statement of claim

DENTAL ASSOCIATES of BOCA RATON AND DR. MICHAEL COSTABILE

plaintiff consulted Dental Associates of Boca Raton Prior to having an all on 4 full arch dental implant procedure started. He wea told he had good bone structure and was a great candidate for the procedure.

-Dental Associates of Boaca Raton said that I would be Dr Costabiles only patient on the Friday starting the procedure. What it failed to disclose was that he was part time (2days a week) Despite his picture placard out front and the recorded voice message.  Therefore, staff without the proper qualifications preformed work on the plaintiff usually done by the actual dentist.

-Dr. Michael Costabile and Dental Associates of Boca Raton failed to perform a simple and common dental procedure. (The procedure is referred to an "all on four" full arch fixed bridge/denture. A procedure that takes 4 to 6 months. Further, Dr. Costabile and Dental Associates of Boca Raton failed to complete this simple procedure in 2 years.

They then terminated the Dr. / Patient relationship and ordered the plaintiff off the premises.

The plaintiff currently has a miss matched set of unsecured dentures in his mouth and has to deal with the situation Dr. Costabile and Dental Associates of Boca Raton left him in.

**GLIDEWELL LABRATORIES**

- From the very first prosthesis manufactured and supplied a series of prostheses that didn't fit properly, causing pain, they constantly broke, had to be glued together and were not made to industry standards or tolerances. The final Prosthesis supplied rendered the plaintiff unable to bite or chew food they were thick and dull and did not meet attachment tolerances.
- They miss represented the quality and appearance on their own website.
- With all the breakage and miss fits this added weeks to the implant process.

## ATTACHMENT C: Relief

DEFENDANTS: Dental Associates of Boca Raton, Dr. Michael Costaible and Glidewell Laboratories

Dr. Michael Costabile, Dental Associates of Boca Raton, and Glidewell Laboratories left the Plaintiff in worse condition than when he started the above referenced procedure. He could eat, bite, chew and speak normally, as he had for 70 years(prior the this procedure).

Dental Associates of Boca Raton provided faulty dental service, by industry standards.

Glidewell Laboratories provided many prostheses which did not fit, broke, snapped, which did not meet industry standards on their own website.

As the plaintiff will prove, all 3 defendants turned a simple and common 4 to 6 month "all on 4" fixed dental full arch bridge/denture procedure into a 2-year period of "hell".

Prosthesis not fitting, breaking, falling out up to 3 times in 1 day. 2 years not eating or speaking even close to normal, withdrawal, failure to speak to avoid sounding dumb. The only thing in the plaintiffs' control was a tube if super glue which allowed him to glue many prostheses together and be in public not looking "toothless".

Dental Associates of Boca Raton failed to complete the afore mentioned procedure, would nor turn over a full set of records, and terminated the plaintiff as a patient. So now at ages 71 and 72 the plaintiff lost his ability to eat and speak properly.

**CLAIM: $39,000**

The plaintiff will now have to find another dentist willing to complete or re do another dentist work. And another 4 to 6 months of the plaintiffs time.

**CLAIM: $45,000 (inflation)**

Punitive and exemplary damages: These are based on which the plaintiff will prove through no fault of his own cost him 2 years of loss of dental and speech function still persisting and the ramifications effecting 2 years of the plaintiff's life. (Which will be explained point by point at trial).

**CLAIM: $2,000,000**

**TOTAL REQUESTED DAMAGED: $2,084,000.**